UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   JESSE L MADDEN<br><br>                        Debtor | CASE NO: 08-30811<br>        (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4078133**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 1,009 | HSBC AUTO FINANCE<br>BOX 60130<br>CITY OF INDUSTRY, CA  91716 | 5,298.12 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/24/2011

Certificate of Service        08-30811

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| JESSE L MADDEN<br>7346 MARTZ PAULIN ROAD<br>FRANKLIN, OH  45005 | EDWARD B SCHAEFER<br>1081 N UNIVERSITY BLVD  STE B<br>MIDDLETOWN, OH  45042 | (20.1n)<br>BENEFICIAL OHIO INC<br>961 WEIGEL DR<br>ELMHURST, IL  60126 |
| (26.1n)<br>HOLLY N WOLF<br>MANLEY DEAS KOCHALSKI LLC<br>BOX 165028<br>COLUMBUS, OH  43216 | (1009.1)<br>HSBC AUTO FINANCE<br>BOX 60130<br>CITY OF INDUSTRY, CA  91716 | (1009.3)<br>HSBC AUTO FINANCE<br>BOX 829009<br>DALLAS, TX  75382 |
| (28.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA  23541 | (25.1n)<br>PREMIER BANKCARD<br>PREMIER CSI DEPT SDPR<br>BOX 2208<br>VACAVILLE, CA  95696 | (24.1n)<br>RECOVERY MGT SYS CORP<br>ATTN RAMESH SINGH BK SPECIALIS<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131 |
| (23.1n)<br>STEVEN H PATTERSON<br>BOX 5480<br>CINCINNATI, OH  45201 | | |

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv